UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN LUIS GOMEZ SALCEDO,

       Petitioner,

    -v.-

PAUL ARTETA, *Sheriff, Orange County Correctional Facility*; KENNETH GENALO, *New York Field Office Director for U.S. Immigration and Customs Enforcement*; TODD BLANCHE, *Attorney General of the United States*; DAVID VENTURELLA, *Acting Director, U.S. Immigration and Customs Enforcement*,

       Respondents.

26 Civ. 4801 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

On June 6, 2026, Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. The Court, having examined the petition in this action, hereby ORDERS that:

(i) On or before **June 10, 2026**, the Government shall file a letter with the following information:

  a. Petitioner's A-number and current place of detention;

  b. The statutory provision(s) under which Respondents assert the authority to detain Petitioner;

  c. A copy of any final order of removal;

  d. Any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings; and

e. An indication of whether this case is distinguishable from previous cases decided by this Court or by the Second Circuit. *See, e.g.,* *Barbosa da Cunha* v. *Freden*, 175 F.4th 61 (2d Cir. 2026); *Ortiz-Lopez* v. *Francis*, No. 25 Civ. 7985 (KPF); *Villarreal Obregon* v. *Francis*, No. 25 Civ. 9465 (KPF); *Reyes* v. *King*, No. 19 Civ. 8674 (KPF), 2021 WL 3727614, at *6-7 (S.D.N.Y. Aug. 20, 2021).

(ii)   On or before **June 11, 2026**, the Government shall file an opposition as to why this petition for a writ of habeas corpus should not be granted.

(iii)   Petitioner shall have the opportunity to reply on or before **June 18, 2026**.

(iv)   The parties shall appear for a conference regarding the petition on **June 25, 2026**, at **4:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Respondents shall produce Petitioner at this hearing.

(v)   To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States without an order by this Court allowing such removal. *See, e.g., M.K.* v. *Joyce*, No. 25 Civ. 1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) ("To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed … unless and until the Court orders otherwise." (emphasis omitted)); *Garcia-Izquierdo* v. *Gartner*, No. 4 Civ. 7377 (RCC), 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17,

2004) ("Under the All Writs Act, 28 U.S.C. § 1651, the Court may order that a petitioner's deportation be stayed … when a stay is necessary to preserve the Court's jurisdiction of the case.").

(vi)   Moreover, to facilitate resolution of the petition, Petitioner shall not be transferred, except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.  *See Samb* v. *Joyce*, No. 25 Civ. 6373 (DEH) (S.D.N.Y. Aug. 4, 2025) (Dkt. #3 at 2) (collecting cases in support of enjoining transfer of petitioner outside of the New York City area).

SO ORDERED.

Dated:   June 8, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge

3