UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN LUIS GOMEZ SALCEDO,<br><br>               Petitioner,<br><br>         -v.-<br><br>PAUL ARTETA, *Sheriff, Orange County Correctional Facility*; KENNETH GENALO, *New York Field Office Director for U.S. Immigration and Customs Enforcement*; TODD BLANCHE, *Attorney General of the United States*; DAVID VENTURELLA, *Acting Director, U.S. Immigration and Customs Enforcement*; and MARKWAYNE MULLIN,<br><br>               Respondents. | 26 Civ. 4801 (KPF)<br><br>**ORDER GRANTING HABEAS PETITION** |

KATHERINE POLK FAILLA, District Judge:

On June 6, 2026, Petitioner Juan Luis Gomez Salcedo filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. (Dkt. #3). Pursuant to the Court's June 8, 2026 Order, the Government filed a letter on June 10, 2026 (Dkt. #7), as well as its opposition and supporting papers on June 11, 2026 (Dkt. #8-10). Petitioner filed his reply and supporting papers on June 18, 2026. (Dkt. #11-12). And the Government filed a clarification letter on June 24, 2026. (Dkt. #13). The Court held a hearing on the habeas petition on June 25, 2026.

For the reasons set forth on the record at the June 25, 2026 hearing, the petition is GRANTED. The Court ORDERS Respondents to immediately release Mr. Gomez Salcedo from custody, return his property to him, and certify compliance with this Order by filing an entry on the docket no later than **June**

**26, 2026**, at **12:00 p.m.**  The Court further ORDERS that Mr. Gomez Salcedo

shall not be re-detained without notice and an opportunity to be heard at a

pre-deprivation bond hearing before a neutral decisionmaker, where the

Government will have the burden of showing that her detention is authorized

under 8 U.S.C. § 1226(a).

The Clerk of Court is directed to terminate all pending motions, adjourn

all remaining dates, and close this case.

SO ORDERED.

Dated:   June 25, 2026
         New York, New York

KATHERINE POLK FAILLA
United States District Judge

2