UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN LUIS GOMEZ SALCEDO,

                      Petitioner,

        -v.-

PAUL ARTETA, *Sheriff, Orange County Correctional Facility*, et al.,

                    Respondents.

26 Civ. 4801 (KPF)

**IMMEDIATE RELEASE ORDER**

KATHERINE POLK FAILLA, District Judge:

    United States Immigration and Customs Enforcement ("ICE") is hereby ORDERED to release Petitioner Juan Luis Gomez Salcedo, A241370873, from federal custody.

    SO ORDERED.

Dated:   June 25, 2026
          New York, New York

                                          KATHERINE POLK FAILLA
                                United States District Judge