UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN LUIS GOMEZ SALCEDO,, <br><br> Petitioner, <br><br> -against- <br><br> PAUL ARTETA, *SHERIFF, ORANGE COUNTY CORRECTIONAL FACILITY*; KENNETH GENALO, *NEW YORK FIELD OFFICE DIRECTOR FOR U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT*; TODD BLANCHE, *ATTORNEY GENERAL OF THE UNITED STATES*; DAVID VENTURELLA, *ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT*; AND MARKWAYNE MULLIN., <br><br> Respondents. | 26 CIVIL 4801 (KPF) <br><br> **JUDGMENT** |

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated June 25, 2026, the petition is GRANTED; accordingly, the case is closed.

**Dated:**   New York, New York
June 26, 2026

TAMMI M. HELLWIG
Clerk of Court

BY:

Deputy Clerk