**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 26, 2026

By ECF
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: ***Gomez Salcedo v. Arteta, et. al,*** **No. 26 Civ. 4801 (KPF)**

Dear Judge Failla:

This Office represents the government in the above-referenced immigration habeas corpus action, brought by petitioner Juan Luis Gomez Salcedo ("Petitioner"). On June 25, 2026, the Court granted Petitioner's habeas petition and ordered his immediate release. ECF No. 14. The Court further ordered the government to certify compliance with the Court's order by June 26 at noon.

I write respectfully to inform the Court that, in accordance with the Court's June 25, 2026 order, ICE released Petitioner from detention on June 25 at approximately 6:33 p.m., and he was instructed to report today to pick up his identification.

I thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ *Erica Silverman*
ERICA SILVERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2696
E-mail: erica.silverman@usdoj.gov

cc: Counsel of Record (by ECF)

The Court has received the above-certification of compliance.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated: June 26, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE